**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Jennifer Conidi

      Plaintiff,

v.              Case No.: 1:23–cv–02099
               Honorable Charles P. Kocoras

Luminess Direct, LLC., et al.

      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 5, 2024:

  MINUTE entry before the Honorable Charles P. Kocoras: In light of the notice of settlement [43] filed on 1/5/24, motion to dismiss [30] is denied as moot and all other deadlines in this case are stayed. Stipulation of dismissal is due by 3/5/24. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.